■ ELIZABETH A. HUNT, Respondent, v RICHARD D. HUNT, Appellant. (Appeal No. 3.)—Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion in ordering defendant to pay plaintiff's counsel fees in the amount of $10,425 *(see,* Domestic Relations Law § 237 [a]; *DeCabrera v Cabrera-Rosete,* 70 NY2d 879, 881; *O'Brien v O'Brien,* 66 NY2d 576, 590). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Counsel Fees.) Present—Callahan, J. P., Green, Pine, Lawton and Davis, JJ.